### SAM McGEE v. THE STATE.

No. 3770.   Decided November 3, 1915.

**Adultery—Statement of Facts—County Court.**

Where the purported statement of facts was filed on the 20th day after the County Court adjourned, the same was filed too late, in the absence of an order authorizing said filing.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of adultery; penalty, a fine of $100.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted of adultery and fined $100.

There is no order in the record authorizing a statement of facts to be filed after the adjournment of court. There is in the record what purports to be a statement of facts filed on the twentieth day after the court adjourned. The Assistant Attorney General's motion to strike out the statement of facts under the circumstances must be sustained.

There is no bill of exceptions in the record. In the absence of a statement of facts and bill of exceptions, no question is raised which can be reviewed.

The judgment is affirmed.

*Affirmed.*